**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50060 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00068-VAP-7 |
| v. | |
| ANTHONY JASSO, AKA Bottles&Cans, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted May 4, 2015[**]
Pasadena, California

Before: NOONAN, WARDLAW, and MURGUIA, Circuit Judges.

Anthony Jasso appeals from the district court's judgment and challenges his

guilty-plea conviction and sentence for conspiring to advertise child pornography,

in violation of 18 U.S.C. §§ 2251(d)(1), (e); 2252A(a), (b)(1), (b)(2).  Pursuant to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Jasso's counsel has filed a brief stating that there are no meritorious, non-frivolous grounds for relief, along with a motion to withdraw as counsel of record. We have afforded Jasso an opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief with respect to the conviction. We therefore affirm the conviction.

Jasso waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson*, 488 U.S. at 80, discloses no arguable issues as to the validity of the waiver. *United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal of Jasso's sentence. *Id.* at 988.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED in part; AFFIRMED in part**.